IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALVIN RELEFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-13-0128-C |
| ) | |
| CLIFFORD BENARD, ) | |
| Correctional Officer, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on September 10, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 37) is adopted, Defendant Benard's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 33) is granted, and this case is dismissed with prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 14th day of October, 2014.

ROBIN J. CAUTHRON
United States District Judge